## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIA DOLORES ACEVES-SANTOS, Alien No. 92-716-932<br><br>    Petitioner,<br>v.<br><br>DANIEL J. SEDLOCK, JR., Chief of Corrections, McHenry County Adult Corrections Facility; KEITH NYGREN, Sheriff, McHenry County, Illinois; GLEN TRIVELINE, Field Office Director of Detention and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement,<br><br>    Respondents. | Case No.<br>Petition for Writ of Habeas Corpus<br><br>FILED: AUGUST 11, 2008<br>    08CV4550<br>    JUDGE DARRAH<br>    MAGISTRATE JUDGE COX<br>    NF |

## **NOTICE OF FILING**

TO:
Mr. Daniel J. Sedlock, Jr.
Chief of Corrections
McHenry County Jail
2200 N. Seminary
Woodstock, IL 60098

Mr. Keith Nygren
Sheriff of McHenry County
2200 N. Seminary
Woodstock, IL 60098

Mr. Glen Triveline
Field Office Director
Immigration and Customs Enforcement
Detention and Removal Operations
101 W. Congress, Fourth Floor
Chicago, IL 60603

Office of the United States Attorney
The Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

    PLEASE TAKE NOTICE that on this 11th day of August, 2008, the attached Petition for Writ of Habeas Corpus and all exhibits thereto was filed with the Clerk of the United States District Court for the Northern District of Illinois.

    /s Geoffrey Heeren
    One of Petitioner's Attorneys

## CERTIFICATE OF SERVICE

  The undersigned certifies that he served this Notice and the attached Petition and exhibits thereto on the above-listed parties by placing copies addressed to the same in the United States mail, postage prepaid, on this eleventh day of August, 2008.

              /s Geoffrey Heeren
              Geoffrey Heeren


Geoffrey Heeren, No. 6272387
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Street, Suite 300
Chicago, IL  60604
(312) 347-8398