## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4550 | **DATE** | 8/13/08 |
| **CASE TITLE** | Aceves-Santos v. Sedlock, et al. | | |

**DOCKET ENTRY TEXT:**

Respondent is ordered to answer or otherwise plead to the petition within twenty-one days of the date this order is entered on the clerk's docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|