UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA DOLORES ACEVES-SANTOS, ) | |
| ) | No. 08 C 4550 |
| Plaintiff, ) | |
| ) | Judge Darrah |
| v. ) | |
| ) | |
| DANIEL J. SEDLOCK, JR., Chief of ) | |
| Corrections, McHenry County Adult ) | |
| Corrections Facility; KEITH NYGREN, ) | |
| Sheriff, McHenry County, Illinois; ) | |
| GLEN TRIVELINE, Field Office ) | |
| Director of Detention and Removal ) | |
| Operations, Chicago Field Office, ) | |
| Immigration and Customs Enforcement, ) | |
| ) | |
| Defendants. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Sheila M. McNulty
SHEILA M. McNulty
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788